AO 240 (Rev 6/86) Application to Proceed IP

United States District Court
Southern District of Texas
FILED
SEP 15 2003
Michael N. Milby
Clerk of Court

# United States District Court

_Southern_ DISTRICT OF _Texas, Brownsville Division_

Eulalio Buenrostro

v.

United States

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER **B-03-148**

I, _Eulalio Buenrostro_, declare that I am the (check appropriate box)

[X] petitioner/plaintiff          [ ] movant (filing 28 U.S.C. 2255 motion)
[ ] respondent/defendant    [X] movant (filing 28 U.S.C. 2241 motion)
                                                     other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Habeas Corpus 28 U.S.C., 2241

Transcripts, motions, discoveries, and any paperwork regarding my case. EB

In further support of this application, I answer the following questions.

1. Are you presently employed?                                             Yes [X]   No [ ]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)
   $17.64 monthly
   CCA-EDC
   P.O. Box 605
   Eden, TX. 76837
   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment    Yes [ ]   No [X]
   b. Rent payments, interest or dividends?                               Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?               Yes [ ]   No [X]
   d. Gifts or inheritances?                                                            Yes [ ]   No [X]
   e. Any other sources?                                                                Yes [X]  No [ ]

ACCTSTMT     **CCA EDEN DETENTION CENTER**     08/28/2003
*Inmate Account Statement #53*
*For Account 1 - From: 07/01/2003 To: 08/28/2003*

*Buenrostro, Eulalio*

Facility ID: 11659179     Location: AFW-028

| Type | Trans. Date | Deposit Source | Trans. Nbr | Beg. Balance | Trans. Total | Ending Balance |
|---|---|---|---|---|---|---|
| P | 07/01/2003 |  | 811472 | 78.77 | 29.86 | 48.91 |
| M | 07/02/2003 |  | 811952 | 48.91 | 20.00 | 28.91 |
| P | 07/07/2003 |  | 813439 | 28.91 | 14.36 | 14.55 |
| D | 07/08/2003 | MAILROOM | 813913 | 14.55 | 100.00 | 114.55 |
| M | 07/09/2003 |  | 814318 | 114.55 | 20.00 | 94.55 |
| P | 07/09/2003 |  | 814568 | 94.55 | 37.27 | 57.28 |
| P | 07/10/2003 |  | 815167 | 57.28 | 5.83 | 51.45 |
| M | 07/10/2003 |  | 815219 | 51.45 | 11.45 | 40.00 |
| P | 07/10/2003 |  | 815263 | 40.00 | 4.28 | 35.72 |
| D | 07/11/2003 | MAILROOM | 815692 | 35.72 | 30.00 | 65.72 |
| P | 07/14/2003 |  | 816212 | 65.72 | 12.31 | 53.41 |
| M | 07/15/2003 |  | 816518 | 53.41 | 9.90 | 43.51 |
| P | 07/16/2003 |  | 817467 | 43.51 | 16.08 | 27.43 |
| P | 07/21/2003 |  | 818464 | 27.43 | 19.84 | 7.59 |
| M | 07/23/2003 |  | 819452 | 7.59 | 7.00 | 0.59 |
| D | 07/31/2003 | PERFORMANCE PAY | 823038 | 0.59 | 17.64 | 18.23 |
| D | 07/31/2003 | MAILROOM | 823359 | 18.23 | 50.00 | 68.23 |
| P | 08/01/2003 |  | 823782 | 68.23 | 27.90 | 40.33 |
| P | 08/01/2003 |  | 823864 | 40.33 | 2.74 | 37.59 |
| P | 08/01/2003 |  | 824105 | 37.59 | 6.45 | 31.14 |
| P | 08/04/2003 |  | 824613 | 31.14 | 9.60 | 21.54 |
| P | 08/04/2003 |  | 824668 | 21.54 | 1.37 | 20.17 |
| P | 08/06/2003 |  | 825959 | 20.17 | 9.70 | 10.47 |
| M | 08/07/2003 |  | 826375 | 10.47 | 0.37 | 10.10 |
| P | 08/07/2003 |  | 826391 | 10.10 | 1.85 | 8.25 |
| D | 08/11/2003 | MAILROOM | 827185 | 8.25 | 30.00 | 38.25 |
| P | 08/11/2003 |  | 827415 | 38.25 | 5.98 | 32.27 |
| P | 08/13/2003 |  | 828017 | 32.27 | 7.09 | 25.18 |
| M | 08/13/2003 | . | 828075 | 25.18 | 15.00 | 10.18 |
| P | 08/14/2003 |  | 828975 | 10.18 | 6.26 | 3.92 |
| P | 08/14/2003 |  | 829169 | 3.92 | 3.92 | 0.00 |
| D | 08/18/2003 | MAILROOM | 829742 | 0.00 | 50.00 | 50.00 |
| M | 08/19/2003 |  | 830034 | 50.00 | 6.81 | 43.19 |
| M | 08/20/2003 |  | 830560 | 43.19 | 15.00 | 28.19 |
| P | 08/20/2003 |  | 830582 | 28.19 | 21.82 | 6.37 |
| P | 08/25/2003 |  | 832149 | 6.37 | 6.37 | 0.00 |
| D | 08/27/2003 | MAILROOM | 833323 | 0.00 | 350.00 | 350.00 |
| P | 08/28/2003 |  | 833922 | 350.00 | 27.73 | 322.27 |
| P | 08/28/2003 |  | 834028 | 322.27 | 9.50 | 312.77 |

Beginning Balance For Date Range :    78.77
Total Net Transactions For Date Range :    234.00
Calculated Ending Balance For Date Range :    312.77