# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

OCT 1 4 2003

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| EULALIO BUENROSTRO | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-03-113 |
| | * | (CRIMINAL NO. B-01-587-02) |
| UNITED STATES OF AMERICA | * | |

United States District Court
Southern District of Texas
ENTERED

OCT 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| EULALIO BUENROSTRO | * | |
| | * | |
| VS | * | CIVIL ACTION NO. B-03-148 |
| | * | (CRIMINAL NO. B-01-587-02) |
| UNITED STATES OF AMERICA | * | |

## ORDER TO CONSOLIDATE

On this date, the Court reviewed Petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correction Sentence by a Person in Custody in Cause No. B03-113 and the Application for Habeas Corpus Under 28 U.S.C. § 2241 in Cause No. B-03-148. The Court finds that both applications are raising the same grounds. Cause No. B-03-148 is hereby consolidated with Cause No. B-03-113.

DONE at Brownsville, Texas, on ___14th___ day of October 2003.

Felix Recio
United States Magistrate Judge

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____
Deputy Clerk